| | |
|---|---|
| 1 | EUGENE ILLOVSKY (CA SBN 117892) |
|   | MORRISON & FOERSTER LLP |
| 2 | 101 Ygnacio Valley Road, Suite 450 |
|   | P.O. Box 8130 |
| 3 | Walnut Creek, California  94596-8130 |
|   | Telephone: 925.295.3300 |
| 4 | Facsimile: 925.946.9912 |
| 5 | Attorneys for Defendant |
|   | TIFFANY TAYLOR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.   CR 05-00651 CW |
|---|---|
| Plaintiff, | **[PROPOSED]** **ORDER DIRECTING PRETRIAL SERVICES TO ARRANGE A DIAGNOSTIC INTERVIEW** |
| v. | |
| TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, AND MICHAEL DOWNEY, | |
| Defendant. | |

Upon application of the defendant, and good cause appearing therefor, the Pretrial Services Office is directed to arrange an interview with a psychologist or psychiatrist to determine whether defendant Tiffany Taylor should be admitted to a drug treatment or other type of program.

DATED this 3rd of November, 2005.

IT IS SO ORDERED
Judge James Larson

_____
CHIEF MAGISTRATE JUDGE JAMES LARSON

ORDER GRANTING EX PARTE APPLICATION
CASE NO. CR 05-00651 CW
wc-112020

1