DAVID W. SHAPIRO (SBN 219265)
BOIES, SCHILLER & FLEXNER LLP
1999 HARRISON STREET
SUITE 900
OAKLAND, CA 94612
dshapiro@bsfllp.com
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

Attorney for Defendant
John Morgan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY<br><br>Defendants. | Case No. CR-05-00651 CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))** |

The United States of America, by and through its attorneys, Kevin Ryan, United States Attorney for the Northern District of California, by Kirstin Ault, Assistant U.S. Attorney, and defendants TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY, and by their undersigned attorneys, hereby stipulate and agree that the date on which the defendants' pretrial motions shall be served and filed shall be continued from January 30, 2006 to March 1, 2006. The government's opposition shall be served and filed on March 8, 2006, and any replies shall be served and filed on March 17, 2006.

1

1  A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2  The parties hereby stipulate and agree that the time between January 30, 2006 and March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED: _____

                                       KIRSTEN M. AULT
                                       Assistant United States Attorney

DATED: 1/23/06

                                       DAVID W. SHAPIRO
                                       Attorney for Defendant John Morgan

DATED: _____

                                       EUGENE ILLOVSKY
                                       Attorney for Defendant Tiffany Taylor

DATED: _____

                                       RANDALL KNOX
                                       Attorney for Defendant Christopher Johnson

DATED: _____

                                       SHANA KEATING
                                       Attorney for Defendant Kim Drago

1  DATED:_____

JEROME MATTHEWS
Attorney for Defendant Michael Downey

4  IT IS SO ORDERED:

5  DATED:_____

CLAUDIA WILKIN
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1  A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2  The parties hereby stipulate and agree that the time between January 30, 2006 and
3  March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned
4  matter must commence pursuant to the Speedy Trial Act.
5
6  The grounds for this exclusion are that counsel for defendants require additional time to
7  consult with their clients in connection with the effective preparation of motions and other
8  matters related to the defense of the case and to allow for the continuity of counsel in this case,
9  which make it unreasonable to expect adequate preparation for pretrial proceedings or trial
10 within the time limits established by the Speedy Trial Act. The parties agree that the ends of
11 justice served by the exclusion of this time outweigh the best interests of the public and the
12 defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
13

15 STIPULATED:
16 DATED: 1/23/06
17                                                    KIRSTEN M. AULT
                                                      Assistant United States Attorney
18
19 DATED: 1/23/06
                                                      DAVID W. SHAPIRO
20                                                    Attorney for Defendant John Morgan

21 DATED:
                                                      EUGENE ILLOVSKY
22                                                    Attorney for Defendant Tiffany Taylor

23 DATED:
                                                      RANDALL KNOX
24                                                    Attorney for Defendant Christopher Johnson

25 DATED:
                                                      SHANA KEATING
26                                                    Attorney for Defendant Kim Drago
27
28
                                              2
---
STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY
TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1  A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2  The parties hereby stipulate and agree that the time between January 30, 2006 and March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED: _____

_____
KIRSTEN M. AULT
Assistant United States Attorney

DATED: 1/23/06

_____
DAVID W. SHAPIRO
Attorney for Defendant John Morgan

DATED: 1/23/06

_____
EUGENE ILLOVSKY
Attorney for Defendant Tiffany Taylor

DATED: _____

_____
RANDALL KNOX
Attorney for Defendant Christopher Johnson

DATED: _____

_____
SHANA KEATING
Attorney for Defendant Kim Drago

2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1  A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

2  The parties hereby stipulate and agree that the time between January 30, 2006 and
3  March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned
4  matter must commence pursuant to the Speedy Trial Act.
5  The grounds for this exclusion are that counsel for defendants require additional time to
6  consult with their clients in connection with the effective preparation of motions and other
7  matters related to the defense of the case and to allow for the continuity of counsel in this case,
8  which make it unreasonable to expect adequate preparation for pretrial proceedings or trial
9  within the time limits established by the Speedy Trial Act. The parties agree that the ends of
10  justice served by the exclusion of this time outweigh the best interests of the public and the
11  defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

15  STIPULATED:
16  DATED:_____
17
                                            KIRSTEN M. AULT
                                            Assistant United States Attorney
18
19  DATED: 1/23/06
                                            DAVID W. SHAPIRO
20                                          Attorney for Defendant John Morgan

21  DATED:_____
22
                                            EUGENE ILLOVSKY
                                            Attorney for Defendant Tiffany Taylor
23  DATED: 1/30/0_
                                            RANDALL KNOX
24                                          Attorney for Defendant Christopher Johnson

25  DATED:_____
26
                                            SHANA KEATING
                                            Attorney for Defendant Kim Drago
27
28                                          2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY
TRIAL ACT CALCULATION (18 U.S.C. § 3161(b)(8)(A))

A hearing on the motions shall be heard on or after March 22, 2006 or as directed by the Court.

The parties hereby stipulate and agree that the time between January 30, 2006 and March 1, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act.

The grounds for this exclusion are that counsel for defendants require additional time to consult with their clients in connection with the effective preparation of motions and other matters related to the defense of the case and to allow for the continuity of counsel in this case, which make it unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits established by the Speedy Trial Act. The parties agree that the ends of justice served by the exclusion of this time outweigh the best interests of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

STIPULATED:

DATED: _____          KIRSTEN M. AULT
                                Assistant United States Attorney

DATED: 1/23/06                  _____
                                DAVID W. SHAPIRO
                                Attorney for Defendant John Morgan

DATED: _____          _____
                                EUGENE ILLOVSKY
                                Attorney for Defendant Tiffany Taylor

DATED: _____          _____
                                RANDALL KNOX
                                Attorney for Defendant Christopher Johnson

DATED: 1/23/06                  _____
                                SHANA KEATING
                                Attorney for Defendant Kim Drago

2

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

1 | DATED: 1/25/06

JEROME MATTHEWS
Attorney for Defendant Michael Downey

IT IS SO ORDERED: A HEARING ON THE MOTIONS WILL BE HELD ON MARCH 27, 2006, AT 2:00 P.M.

DATED: 1/31/06

CLAUDIA WILKEN
United States District Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*
*United States District Court, Northern District of California*

3

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 30, 2006 TO MARCH 1, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))

01/25/2006 WED 12:11  [TX/RX NO 7267]