BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MICHAEL DOWNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05 00651 CW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING MOTIONS HEARING |
| vs. ) | DATE; REQUEST FOR SETTLEMENT |
| ) | CONFERENCE REFERRAL |
| MICHAEL DOWNEY, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

      This multi-defendant case comprises charges of conspiracy, access device fraud and identity theft. The defendants are preparing to file a number of motions on March 27, 2006, including motions to suppress physical evidence and statements, and a facial challenge to 18 U.S.C. § 1028A. The Court presently is scheduled to hear these motions on April 17, 2006. The parties also have been involved in negotiations to resolve this matter short of trial, and have made some progress. The parties feel, however, that a referral to a settlement conference will assist in achieving a final resolution.

      AUSA Kirstin Ault is scheduled to begin a 2-week trial on March 20, 2006, and will be unable to participate in a settlement conference until trial is concluded. Defense counsel are

STIP/ORD                    1

prepared to file the motions under the present briefing schedule, namely by March 27, 2006. To accommodate the government's trial schedule and to place this matter in the best possible posture for settlement, the parties believe that the government should be afforded additional time to respond to the motions, and that the motions hearing be continued until after the settlement conference has taken place. The parties anticipate setting the settlement conference for a date during the weeks of April 3, 2006 or April 10, 2006.

It is therefore STIPULATED AND AGREED that defendants will file their motions by March 27, 2006, in conformity with the existing briefing schedule. The government shall file its opposition briefs by April 24, 2006, and the defendants shall file any reply briefs by May 2, 2006. The motions shall be heard on May 15, 2006. Time under the Speedy Trial Act shall be excluded until May 15, 2006 due to the pendency of the motions. 18 U.S.C. § 3161(h)(1)(F).

/S/

Dated: 3/15/06  _____
KIRSTIN AULT
Assistant United States Attorney

/S/
Dated: 3/16/06  _____
SHANA KEATING
Attorney for Kim Drago

/S/
Dated: 3/16/06  _____
RANDALL KNOX
Attorney for Christopher Johnson

/S/
Dated: 3/16/06  _____
EUGENE ILLOVSKY
Attorney for Tiffany Taylor

/S/
Dated: 3/15/06  _____
DAVID SHAPIRO
Attorney for John Morgan

Dated: 3/16/06

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender
Attorney for Michael Downey

I hereby attest that I have on file all holograph signatures for any signtures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that the briefing schedule be modified as set forth in the foregoing stipulation, and that the motions hearing date be continued until **May 15, 2006**. Time under the Speedy Trial Act is excluded until May 15, 2006, given the pendency of the motions. A settlement conference referral shall issue under separate order.

Dated: 3/23/06

*[signature: Claudia Wilken]*
_____
CLAUDIA WILKEN
United States District Judge

STIP/ORD                                   3