**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6
   UNITED STATES OF AMERICA,              No. CR 05-00651 CW
7
          Plaintiff,                      ORDER WITHDRAWING
8                                         REFERENCE FROM
       v.                                 MAGISTRATE JUDGE
9                                         AND REFERRING CASE
   TIFFANY TAYLOR, et al.,                TO DISTRICT JUDGE
10                                        FOR SETTLEMENT
          Defendants.
11   _____/

12

13        Pursuant to the request of counsel,

14        IT IS HEREBY ORDERED that the referral for settlement

15   conference in the above-captioned action is withdrawn from

16   Magistrate Judge Zimmerman and re-referred to District Court Judge

17   Charles R. Breyer, as he has agreed to conduct the conference and

18   is available on the date the parties request.

19

20

21             3/30/06                    _Claudia Wilken_

22   Dated _____        _____
                                          CLAUDIA WILKEN
23                                        United States District Judge

24

25   cc: CRB
        BZ
26      Wings

27

28