# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00651-01 CW
)
Tiffany Taylor )
)

FILED
JUL 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for September 25, 2006 be continued until October 30, 2006 at 2:30 p.m.

Date: JUL 17 2006

_____
Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04