EUGENE ILLOVSKY (CA SBN 117892)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California  94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
TIFFANY TAYLOR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, AND MICHAEL DOWNEY,<br><br>    Defendant. | Case No.   CR 05-00651 CW<br><br>**ORDER CONTINUING SENTENCING HEARING FROM OCTOBER 30, 2006 TO NOVEMBER 20, 2006** |

Upon stipulation of the parties, concurrence of the Probation Office, and good cause appearing therefor, the October 30, 2006 sentencing hearing for Defendant Tiffany Taylor is hereby continued to November 20, 2006 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 10/18/06

_____
CLAUDIA WILKEN
United States District Judge

ORDER CONTINUING HEARING
[CR 05-00651 CW]
wc-124677

1