United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

        IN THE UNITED STATES DISTRICT COURT

      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,              No. CR 05-00651-01 CW

10        Plaintiff,              SEALING ORDER

11     v.

12   TIFFANY TAYLOR,

13        Defendant.
     _____/

14

15       Pursuant to General Order 53, the list of payees reflecting

16   account numbers attached to the Judgment for the above-captioned

17   defendant shall be filed under seal.  A redacted list shall be

18   filed in the public docket.

19       IT IS SO ORDERED.

20

21       12/1/06

22   Dated _____        _____
                                        CLAUDIA WILKEN
23                                      United States District Judge

24
25
26
27
28