EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

Attorney for Defendant Tiffany Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIFFANY TAYLOR, CHRISTOPHER JOHNSON, JOHN MORGAN, KIM DRAGO, and MICHAEL DOWNEY,<br><br>    Defendants. | Case No. CR 05-00651 CW-DMR<br><br>**STIPULATION AND ORDER MOVING STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION** |

IT IS HEREBY STIPULATED by and between the United States Attorney and Defendant Tiffany Taylor, by and through their undersigned counsel, that:

1. the status conference on Defendant's supervised release violation, which is currently set for August 24, 2010 at 9:30 a.m. before Magistrate Judge Ryu, be vacated; and

2. the status conference be rescheduled for Thursday, September 16, 2010 at 9:30 a.m., before Magistrate Judge Beeler.

STIPULATION AND ORDER MOVING STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION, CR 05-00651 CW-DMR
pa-1417543

Counsel for Ms. Taylor represents that the U.S. Probation Office has been contacted and indicates it does not object to moving the date.

STIPULATED:

DATED: August 10, 2010

/s/ Kirstin Ault
KIRSTIN AULT
Assistant United States Attorney

DATED: August 10, 2010

/s/ Eugene Illovsky
EUGENE ILLOVSKY
Attorney for Defendant Taylor

IT IS SO ORDERED.

Dated: 8/11/2010

MAGISTRATE JUDGE DONNA M. RYU

I, Eugene Illovsky, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER MOVING STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION. In compliance with General Order 45, X.B., I hereby attest that the parties have concurred in this filing.

/s/Eugene Illovsky
EUGENE ILLOVSKY